UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DESEANTA RODERICK THOMPKINS, 500757,

        Petitioner,　　　　　　　　　　　Case No. 18-11775

v.　　　　　　　　　　　　　　　　　　　　Judge Paul D. Borman

BILL SCHUETTE ET AL ,

                                      Magistrate Judge Stephanie Dawkins Davis

        Respondent(s).
_____/

## ORDER AMENDING CAPTION

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner. See Rule 2, Rules Governing Section 2254 Cases. Petitioner is incarcerated at:

        Bellamy Creek Correctional Facility
        1727 West Bluewater Highway
        Ionia, MI 48846
        IONIA COUNTY

The Warden of that facility is  Tony Trierweiler                        .

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:

"DESEANTA RODERICK THOMPKINS v. Tony Trierweiler."

Date:  June 14, 2018　　　　　　　　　　　s/R. Steven Whalen
　　　　　　　　　　　　　　　　　　　　　　R. Steven Whalen
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  June 14, 2018　　　　　　　　　　　s/D. Allen
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk